UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,  __
      Government X

v.                                        Case No.  8:07-Cr-247-T-26TGW

Samuel Matthews                        __  Evidentiary
                                                    X  Trial
                                                      __  Other

      Defendant  __

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1A | | | | Recording of telephone conversation between Harvey and Matthews on May 9, 2007, at about 12:00 noon |
| 1B | | | | Transcript of Exhibit 1A |
| 2A | | | | Recording of telephone conversation between Grow and Matthews on May 9, 2007, at about 8:00 pm |
| 2B | | | | Transcript of Exhibit 2A |
| 3A | | | | Recording of voicemail message left by Matthews for Grow on May 10, 2007 |
| 3B | | | | Transcript of Exhibit 3A |
| 4A | | | | Recording of telephone conversation between Grow and Matthews on May 11, 2007 |
| 4B | | | | Transcript of Exhibit 4A |
| 5A | | | | Recording of voicemail message left by Matthews for Grow on May 14, 2007 |
| 5B | | | | Transcript of Exhibit 5A |
| 6A | | | | Recording of telephone conversation between Grow and Matthews on May 14, 2007 |
| 6B | | | | Transcript of Exhibit 5B |

Case Number:     8:07-Cr-247-T-26TGW                                    Page 2 of 4 Pages

## EXHIBIT LIST - Continuation Sheet

| **EXHIBIT LIST** | | | | | |
|---|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | | **Description** |
| 7A | | | | | Recording of telephone conversation between Grow and Matthews on May 16, 2007 |
| 7B | | | | | Transcript of Exhibit 7A |
| 8A | | | | | Recording of telephone conversation between Harvey and Matthews on May 17, 2007 |
| 8B | | | | | Transcript of Exhibit 8A |
| 9 | | | | | Composite exhibit of photographs of search of Matthews' vehicle incident to his arrest on May 18, 2007 |
| 10 | | | | | Polaroid Camera with film inside found in search of Matthews' vehicle on May 18, 2007 |
| 11 | | | | | Case Logic-brand camera case containing Kodak Easyshare Digital Camera Z710 with X Digital media card inside found in search of Matthews' vehicle on May 18, 2007 |
| 12 | | | | | American Tourister-brand camera case containing Kodak Easyshare Digital Camera C633 with Impact media card inside found in search of Matthews' vehicle on May 18, 2007 |
| 13 | | | | | Innovage Mini Digital Camera in case with cords and instructions found in search of Matthews' vehicle on May 18, 2007 |
| 14 | | | | | Time Life book: <u>Photographing Children</u> found in search of Matthews' vehicle on May 18, 2007 |
| 15 | | | | | Envelope addressed to Matthews, from Peggy, and postmarked May 11, 2007, containing two photographs of a minor female child found in search of Matthews' vehicle on May 18, 2007 |
| 16 | | | | | Save A Lot receipt dated February 18, 2007, with handwritten notes on the back found in search of Matthews' vehicle on May 18, 2007 |

Case Number:  8:07-Cr-247-T-26TGW                                  Page 3 of 4 Pages

## EXHIBIT LIST - Continuation Sheet

|  | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 17 | | | | 3-pack "Flirty" panties; white girls undergarments; 2 thong underwear bearing image of the Pink Panther found in search of Matthews' vehicle on May 18, 2007 |
| 18 | | | | "18" Magazine; miscellaneous pictures and pages from other magazines found in search of Matthews' vehicle on May 18, 2007 |
| 19 | | | | Black two-piece undergarments; white panties found in search of Matthews' vehicle on May 18, 2007 |
| 20 | | | | Various business cards and handwritten notes found in Matthews' wallet |
| 21 | | | | Pink post-it note with handwriting on it found in Matthews' wallet |
| 22 | | | | Camera case containing Polaroid Camera with film inside; box of Polaroid film found in search of Matthews' vehicle in connection with his violation of federal supervised release in June 2004 |
| 23 | | | | 3 X 5 index library cards and pieces of paper with library and website references written on them found in search of Matthews' vehicle in connection with his violation of federal supervised release in June 2004 |
| 24 | | | | Small green notebook with website addresses and information written inside found in search of Matthews' vehicle in connection with his violation of federal supervised release in June 2004 |
| 25 | | | | Composite exhibit of photographs of search of Matthews' bedroom in connection with his violation of federal supervised release in June 2004 |
| 26 | | | | 8 ½ X 11 picture frame containing newspaper photograph of a minor female child wearing a bathing suit found in Matthews' bedroom in connection with his violation of federal supervised release in June 2004 |

Case Number:     8:07-Cr-247-T-26TGW                                    Page 4 of 4 Pages

**EXHIBIT LIST - Continuation Sheet**

| **EXHIBIT LIST** |||||
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 27 | | | | Composite exhibit of photographs of search of Matthews' storage unit in connection with his violation of federal supervised release in June 2004 |
| 28 | | | | Bound collage of images of children found in search of Matthews' storage unit in connection with his violation of federal supervised release in June 2004 |
| 29 | | | | Ringed collage of images of children found in search of Matthews' storage unit in connection with his violation of federal supervised release in June 2004 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

N:\_Criminal Cases\M\Matthews, Samuel_2007R01163_RDB\f_exhibit_list.wpd