UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,   __
        Government X

v.                           Case No.  8:07-Cr-247-T-26TGW

Samuel Matthews                    __  Evidentiary
                                     X  Trial
                                       Other

        Defendant  __

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1A | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Recording of telephone conversation between Harvey and Matthews on May 9, 2007, at about 12:00 noon |
| 1B | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Transcript of Exhibit 1A |
| 2A | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Recording of telephone conversation between Grow and Matthews on May 9, 2007, at about 8:00 pm |
| 2B | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Transcript of Exhibit 2A |
| 3A | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Recording of voicemail message left by Matthews for Grow on May 10, 2007 |
| 3B | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Transcript of Exhibit 3A |
| 4A | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Recording of telephone conversation between Grow and Matthews on May 11, 2007 |
| 4B | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Transcript of Exhibit 4A |
| 5A | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Recording of voicemail message left by Matthews for Grow on May 14, 2007 |
| 5B | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Transcript of Exhibit 5A |
| 6A | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Recording of telephone conversation between Grow and Matthews on May 14, 2007 |
| 6B | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Transcript of Exhibit 5B |

Case Number:      8:07-Cr-247-T-26TGW                    Page 2 of 4 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 7A | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Recording of telephone conversation between Grow and Matthews on May 16, 2007 |
| 7B | AUG 0 6 2007 | AUG 0 6 2007 | Margaret Grow | Transcript of Exhibit 7A |
| 8A | AUG 0 6 2007 | AUG 0 6 2007 | Daniel Sirmons | Recording of telephone conversation between Harvey and Matthews on May 17, 2007 |
| 8B | AUG 0 6 2007 | AUG 0 6 2007 | Daniel Sirmons | Transcript of Exhibit 8A |
| 9 | AUG 0 7 2007 | AUG 0 7 2007 | Fred Humphries | Composite exhibit of photographs of search of Matthews' vehicle incident to his arrest on May 18, 2007 |
| 10 | AUG 0 7 2007 | AUG 0 7 2007 | SUBSTITUTE IN LIEU OF ORIGINAL Fred Humphries | SUBSTITUTE IN LIEU OF ORIGINAL Polaroid Camera with film inside found in search of Matthews' vehicle on May 18, 2007 |
| 11 | AUG 0 7 2007 | AUG 0 7 2007 | SUBSTITUTE IN LIEU OF ORIGINAL Fred Humphries | Case Logic-brand camera case containing Kodak Easyshare Digital Camera Z710 with X Digital media card inside found in search of Matthews' vehicle on May 18, 2007 |
| 12 | AUG 0 7 2007 | AUG 0 7 2007 | SUBSTITUTE IN LIEU OF ORIGINAL Fred Humphries | American Tourister-brand camera case containing Kodak Easyshare Digital Camera C633 with Impact media card inside found in search of Matthews' vehicle on May 18, 2007 |
| 13 | AUG 0 7 2007 | AUG 0 7 2007 | SUBSTITUTE IN LIEU OF ORIGINAL Adam Ringhot | Innovage Mini Digital Camera in case with cords and instructions found in search of Matthews' vehicle on May 18, 2007 |
| 14 | AUG 0 7 2007 | AUG 0 7 2007 | Fred Humphries | Time Life book: Photographing Children found in search of Matthews' vehicle on May 18, 2007 |
| 15 | AUG 0 7 2007 | AUG 0 7 2007 | Fred Humphries | Envelope addressed to Matthews, from Peggy, and postmarked May 11, 2007, containing two photographs of a minor female child found in search of Matthews' vehicle on May 18, 2007 |
| 16 | AUG 0 7 2007 | AUG 0 7 2007 | Fred Humphries | Save A Lot receipt dated February 18, 2007, with handwritten notes on the back found in search of Matthews' vehicle on May 18, 2007 |
| 17 | AUG 0 7 2007 | AUG 0 7 2007 | Scott MacNichol | 3-pack "Flirty" panties; white girls undergarments; 2 thong underwear bearing image of the Pink Panther found in search of Matthews' vehicle on May 18, 2007 |

Case Number:        8:07-Cr-247-T-26TGW                              Page 3 of 4 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 18 | AUG 0 7 2007 | AUG 0 7 2007 | *Fred Humphries* | "18" Magazine; miscellaneous pictures and pages from other magazines found in search of Matthews' vehicle on May 18, 2007 |
| 19 | AUG 0 7 2007 | AUG 0 7 2007 | *Adam Ringhof* | Black two-piece undergarments; white panties found in search of Matthews' vehicle on May 18, 2007 |
| 20 | AUG 0 7 2007 | AUG 0 7 2007 | *Fred Humphries* | Various business cards and handwritten notes found in Matthews' wallet |
| 21 | AUG 0 7 2007 | AUG 0 7 2007 | *Fred Humphries* | Pink post-it note with handwriting on it found in Matthews' wallet |
| 22 | AUG 0 7 2007 | AUG 0 7 2007 | SUBSTITUTE IN LIEU OF ORIGINAL *Troy Elenz* | Camera case containing Polaroid Camera with film inside; box of Polaroid film found in search of Matthews' vehicle in connection with his violation of federal supervised release in June 2004 |
| 23 | AUG 0 7 2007 | AUG 0 7 2007 | *Troy Elenz* | 3 X 5 index library cards and pieces of paper with library and website references written on them found in search of Matthews' vehicle in connection with his violation of federal supervised release in June 2004 |
| 24 | AUG 0 7 2007 | AUG 0 7 2007 | *Troy Elenz* | Small green notebook with website addresses and information inside found in search of Matthews' vehicle in connection with his violation of federal supervised release in June 2004 |
| 25 | AUG 0 7 2007 | AUG 0 7 2007 | *Troy Elenz* | Composite exhibit of photographs of search of Matthews' bedroom in connection with his violation of federal supervised release in June 2004 |
| 26 | | | | 8 ½ X 11 picture frame containing newspaper photograph of a minor female child wearing a bathing suit found in Matthews' bedroom in connection with his violation of federal supervised release in June 2004 |
| 27 | AUG 0 7 2007 | AUG 0 7 2007 | *Troy Elenz* | Composite exhibit of photographs of search of Matthews' storage unit in connection with his violation of federal supervised release in June 2004 |

Case Number:      8:07-Cr-247-T-26TGW                           Page 4 of 4 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 28 | AUG 0 7 2007 | AUG 0 7 2007 | Troy Elenz | Bound collage of images of children found in search of Matthews' storage unit in connection with his violation of federal supervised release in June 2004 |
| 29 | AUG 0 7 2007 | AUG 0 7 2007 | Troy Elenz | Ringed collage of images of children found in search of Matthews' storage unit in connection with his violation of federal supervised release in June 2004 |
| 30 | AUG 0 7 2007 | AUG 0 7 2007 | Dianne Mercurio | Photos of search of Defts Bedroom |
| 31 | AUG 0 6 2007 | AUG 0 6 2007 | Freddie Harvey Jr | Pictures Provided by MR. Harvey taken With the Kadak C Series |
| 32 | AUG 0 7 2007 | AUG 0 7 2007 | Timothy Pivnichny | Report created by Agent Pivnichny |
| | | | | |
| | | | | |